

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00088-CV

_____

PAMELA LOU BURDEN, Appellant

V.

STEVEN BRADLEY BURDEN, Appellee

On Appeal from the 62nd District Court
Delta County, Texas
Trial Court No. 10700

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

# MEMORANDUM OPINION

Pamela Lou Burden, appellant, has filed a motion seeking to dismiss this appeal. Pursuant to Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1).

We dismiss this appeal.

Jack Carter
Justice

Date Submitted:     January 21, 2014
Date Decided:       January 22, 2014